

# NUMBERS 13-10-00187-CR AND 13-10-00188-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ARNOLD FRANKLIN HORTON,                                              Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On appeal from the 163rd District Court
### of Orange County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Vela
### Memorandum Opinion Per Curiam

Appellant, Arnold Franklin Horton, by and through his attorney, has filed a motion to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant appellant's motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will

issue forthwith.   Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of December, 2010.